**Lola Wanda BLANTON, Petitioner–Appellant,**

v.

**Cal A. TERHUNE, et al., Respondents–Appellees.**

**No. 02–16195.**

United States Court of Appeals, Ninth Circuit.

---

Submitted June 9, 2003.*

Decided June 20, 2003.

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Lola Wanda Blanton appeals pro se the district court's denial of her 28 U.S.C. § 2254 petition for writ of habeas corpus, challenging her three-strikes sentence for possession of methamphetamine with three prior serious felony convictions. We have jurisdiction pursuant to 28 U.S.C. § 2253. We affirm.

Blanton's contention that her sentence of 25–years–to–life is grossly dispropor-tionate in violation of the Eighth Amend-ment is foreclosed by *Lockyer v. Andrade,* —— U.S. ——, 123 S.Ct. 1166, 1172–75, 155 L.Ed.2d 144 (2003) (holding that state court's affirmance of two consecutive 25–years–to–life sentences for petty theft was not contrary to or an unreasonable applica-tion of federal law), and *Ewing v. Califor-nia,* —— U.S. ——, 123 S.Ct. 1179, 1185–90, 155 L.Ed.2d 108 (2003) (holding that a 25–years–to–life sentence under the Cali-fornia three-strikes law did not violate the Eighth Amendment's prohibition on cruel and unusual punishment). The district

* This panel unanimously finds this case suit-able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Blanton's remaining claims were not en-compassed within the certificate of appeala-

court therefore properly denied Blanton's petition. *Andrade,* 123 S.Ct. at 1175.

**AFFIRMED.**[1]

bility, and we decline to address them. *See* § 2253(c)(3); *Hiivala v. Wood,* 195 F.3d 1098, 1103 (9th Cir.1999) (per curiam).

